# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 17-21969** |
| **Ronald G. O'Block** | ) | **Chapter 13** |
|     **Debtor** | ) | **Doc No.** |
| **Ronald G. O'Block** | ) | |
|     **Movant** | ) | **Response: October 16, 2017** |
| **vs** | ) | **Hearing: November 1, 2017** |
|     **No Respondent** | ) | **At 10:30 a.m.** |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATON TO EMPLOY SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **September 28, 2017** has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **October 16, 2017.**

It is hereby respectfully requested that the Order to the Application be entered by the court.

**Executed on: October 17, 2017**             **/s/Bryan P. Keenan**
                                                            Bryan P. Keenan, PA ID No. 89053
                                                            Bryan P. Keenan & Associates P.C.
                                                            Attorney for Debtor
                                                            993 Greentree Road, Suite 101
                                                            Pittsburgh, PA 15220
                                                            (412) 922-5116
                                                            keenan662@gmail.com