Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ronald G. Oblock**
    Debtor(s)

Bankruptcy Case No.: 17–21969–GLT
Issued Per 1/11/2018 Proceeding
Chapter: 13
Docket No.: 36 – 35
Concil. Conf.: January 11, 2018 at 09:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated November 28, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $722.00 as of January, 2018. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jan. 11, 2018 at 09:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒ H. Additional Terms: A Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

The following PPFN's will be paid under plan after objection deadline has passed if no objection filed and sustained. To extent objection filed and sustained amount will be added to unsecured pot: Claim No. 2 of S&T Bank $650.00

% to unsecureds based 28.87%

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: January 12, 2018

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21969-GLT
Ronald G. Oblock                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2              Date Rcvd: Jan 12, 2018
                              Form ID: 149            Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
```
db         +Ronald G. Oblock,   897 Center Road,    Pittsburgh, PA 15239-1963
sp         +Daniel Joseph Sammel,    Law Firm of Ainsman Levine, LLC,    310 Grant Street, Suite 1500,
             Pittsburgh, PA 15219-2300
cr         +S&T Bank,    355 North Fifth Street,    Indiana, PA 15701-1940
14660112    American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern  PA 19355-0701
14420197   +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
14420198   +Barclays Bank Delaware,    100 S West St,   Wilmington, DE 19801-5015
14420199   +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
             Salt Lake City, UT 84130-0285
14420201   +Citibank/Sears,   Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
             Saint Louis, MO 63179-0040
14420202   +Comenity Bank/Blair,    Attn: Bankruptcy,   Po Box 182125,    Columbus, OH 43218-2125
14420203   +Comenity Bank/Blair,    Attn Bankruptcy,   PO Box 183043,    Columbus, OH 43218-3043
14420204   +Comenitycapital/tyvisa,    Po Box 182120,   Columbus, OH 43218-2120
14697691    Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
             Kirkland, WA  98083-0657
14420206   +Duqesne Light,   Payment Processing Center,    P.O. Box 10,   Pittsburgh, PA 15267-0001
14633729   +Fifth Third Bank,    PO Box 9013,   Addison, Texas 75001-9013
14420208   +First National Bank,    Attn: FNN Legal Dept,   1620 Dodge St Mailstop Code 3290,
             Omaha, NE 68102-1593
14521831   +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14420209    First Premier Bank,   601 S Minneapolis Ave,    Sioux Falls, SD 57104
14420210   +Forefront Dermatology,    801 York Street,   Manitowoc, WI 54220-4630
14420211   +Internal Revenue Service,    Insolvency Unit,   P.O. Box 3746,   Philadelphia, PA 19125-0746
14420212   ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,   MAIL CODE 3-11-310,
              COLUMBUS OH 43215-2410
             (address filed with court: Nationwide Bank,    1 Nationwide Plz,   Columbus, OH 43215)
14633794   +Nationwide,    PO Box 23356,   Pittsburgh, PA 15222-6356
14420213   +PNC Bank Credit Card,    Po Box 5570,   Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
14678380   +PNC Bank, N.A.,    PO BOX 94982,   Cleveland, OH 44101-4982
14633019   +S&T Bank,   355 North 5th Street,    Indiana, PA 15701-1940
14633020    S&T Bank,   c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
             One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
14420214    S&T Bank,   PO Box 469,   Indiana, PA 15701-0469
14420217   +Toyota Financial Services,    C/O Asset Protection Department,    PO box 2958,
             Carol Stream, IL 60132-2958
14747276    Toyota Lease Trust,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
14640294   +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,    PO Box 9013,
             Addison, Texas 75001-9013
14420218   +UMPC Physician Services,    417 Bridge Street,   Danville, VA 24541-1403
14696808    University of Pittsburgh Physicians,    PO Box 1123,   Minneapolis, MN 55440-1123
14420219   +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
14420220    Walter Drake,   PO Box 2682,   Monroe, WI 53566-8062
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14420200   +E-mail/Text: bkr@cardworks.com Jan 13 2018 01:24:10     Cardworks/CW Nexus,    Attn: Bankruptcy,
             Po Box 9201,   Old Bethpage, NY 11804-9001
14420205   +E-mail/PDF: creditonebknotifications@resurgent.com Jan 13 2018 01:21:25     Credit One Bank Na,
             Po Box 98873,   Las Vegas, NV 89193-8873
14420207   +E-mail/Text: collectionbankruptcies.bancorp@53.com Jan 13 2018 01:25:04     Fifth Third Bank,
             Attn: Bankruptcy,   1850 East Paris Ave, Se,    Grand Rapds, MI 49546-6210
14664915    E-mail/Text: cio.bncmail@irs.gov Jan 13 2018 01:24:20     Internal Revenue Service,
             PO Box 7346,   Philadelphia, PA 19101-7346
14658044    E-mail/PDF: resurgentbknotifications@resurgent.com Jan 13 2018 01:21:34
             LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
             Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
14657812    E-mail/Text: bkr@cardworks.com Jan 13 2018 01:24:10     MERRICK BANK,
             Resurgent Capital Services,   PO Box 10368,    Greenville, SC 29603-0368
14690911   +E-mail/Text: bankruptcydpt@mcmcg.com Jan 13 2018 01:24:39     MIDLAND FUNDING LLC,
             PO BOX 2011,   WARREN, MI 48090-2011
14693489    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2018 01:27:01
             Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14421366   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2018 01:27:09
             PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14688963   +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 13 2018 01:24:51     Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14676947    E-mail/Text: bnc-quantum@quantum3group.com Jan 13 2018 01:24:27
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
14420215   +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2018 01:21:40     Synchrony Bank/Lowes,
             Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
14420216   +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2018 01:21:40     Synchrony Bank/Walmart,
             Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
                                                                                              TOTAL: 13
```

```
District/off: 0315-2          User: dbas              Page 2 of 2                Date Rcvd: Jan 12, 2018
                              Form ID: 149            Total Noticed: 46
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Duquesne Light Company
cr           Toyota Lease Trust
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                               TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2018 at the address(es) listed below:
```
              Bryan P. Keenan    on behalf of Debtor Ronald G. Oblock keenan662@gmail.com,
               melindap662@gmail.com
              David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```