FILED
6/29/18 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-21969-GLT |
| Ronald G. O'Block | ) | Chapter 13 |
| Debtor | ) | Related to Docket No. 46 |
| Ronald G. O'Block | ) | |
| Movant | ) | Response: June 21, 2018 |
| vs | ) | Hearing: July 18, 2018 |
| No Respondent | ) | At 10:30 a.m. |

**CONSENT ORDER APPROVING PERSONAL INJURY SETTLEMENT
AND ATTORNEY FEES**

AND NOW, this __29th Day of June,__ 2018, upon consideration of the Debtors/Movants' Motion to Approve Personal Injury Settlement and Attorney Fees, it is hereby **ORDERED** that the Debtors/Movants' Motion is granted. The $84,000.00 shall be disbursed by special counsel who shall be responsible for the distribution to the indicated recipients, as follows:

  a. $33,600.00 or forty (40%) of the net recovery to Special Counsel, Daniel Joseph Sammel, Esquire and the law firm of Ainsman Levine, LLC;

  b. $851.55 to Special Counsel for costs advanced on behalf of the Debtor;

  c. $8,973.28 for liens associated with Equian;

  d. $3,596.04 for outstanding medical bills;

  e. $23,675.00 payable to Ronald G. O'Block in connection with his exempted personal injury claim;

  f. $13,304.13, representing the non-exempt net proceeds of the settlement, payable to Ronda J. Winnecour, Chapter 13 Trustee and mailed to "Ronda J. Winnecour, Ch. 13 Trustee, P. O. Box 84051 Chicago, IL 60689-4002 (the memo section of check must indicated the Debtor' name, Ronald G. O'Block, and Chapter 13 Case Number, 17-21969).

**IT IS FURTHER ORDERED** that the money paid to the Trustee to be on permanent hold, after deduction of Trustee fees on that sum, pending the confirmation of an amended plan which is to address the disposition of those net funds. Notwithstanding

the language in the Motion that the non-exempt net proceeds are to be used for general plan funding, it is the position of the Trustee that the proceeds should be earmarked for payment of unsecured claims after deduction of Trustee fees, provided, however, the disposition shall, at the request of the Debtor, be provided for in a to be filed Amended Plan. In the event that the case is dismissed or converted before the funds are distributed, they shall not be refunded to the Debtor, but shall remain subject to the jurisdiction of the Court as non-exempt net proceeds of an estate asset.

**IT IS FURTHER ORDERED** that Debtors counsel shall file an Amended Plan within 15 days of the date of this Order which shall, among other things, expressly provide for the disposition of these proceeds. In the event an Amended Plan is not filed within the 15 day deadline, the Trustee is hereby authorized to distributed the net proceeds, net of Trustee fees, to timely filed general unsecured creditors, pro rata.

By the Court

Honorable Gregory L. Taddonio
United States Bankruptcy Judge

/s/ Owen Katz                              Date: June 27, 2018
Owen Katz, Esquire,
PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
E-mail: okatz@chapter13trusteewdpa.com

/s/Bryan P. Keenan                         Date: June 27, 2018
Bryan P. Keenan, Esquire
PA ID No. 89053
Attorney for the Debtor
Bryan P. Keenan & Associates P.C.
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                                 Case No. 17-21969-GLT
Ronald G. Oblock                                                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin                  Page 1 of 1                  Date Rcvd: Jun 29, 2018
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db             +Ronald G. Oblock,    897 Center Road,    Pittsburgh, PA 15239-1963

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor Ronald G. Oblock keenan662@gmail.com, melindap662@gmail.com
              David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6