**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/24/2019

IN RE:

RONALD G. OBLOCK
897 CENTER ROAD
PITTSBURGH, PA  15239
XXX-XX-0338          Debtor(s)

Case No.17-21969 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/24/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6740 |
| **BERNSTEIN-BURKLEY PC (FORMERLY FOR PET**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DAVID W RAPHAEL ESQ**<br>GRENEN AND BIRSIC PC<br>1 GATEWAY CENTER 9TH FL<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: S AND T BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA 15801 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*312x(60+2)=LMT*$0 ARRS/PL-CL | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 8070 |
| **TOYOTA LEASE TRUST**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL*AMD CL=0*W/32 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3041 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 4,041.06<br>COMMENT: CL9GOV*4030@0%/PL*16/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0338 |
| **AMERICAN EXPRESS**<br>PO BOX 981537<br>EL PASO, TX 79998 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6423 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 2,119.81<br>COMMENT: BARCLAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0112 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 1,318.72<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3905 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 1,758.35<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6971 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CITIBANK NA(*)++**<br>4740 121ST ST<br><br>URBANDALE, IA 50323 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SEARS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7443 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~BLAIR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4300 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~BLAIR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4300 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 4,502.18<br>COMMENT: TOYOTA REWARDS/COMENITY CAPITAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8705 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 2,567.33<br>COMMENT: FNBM/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4339 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FIFTH THIRD BANK**<br>ATTN CONSUMER BKRPTCY PMT DIVISION**<br>1830 EAST PARIS SE MS#RSCB3E<br>GRAND RAPIDS, MI 49546 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 8,304.43<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9793 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br><br>OMAHA, NE 68197-3106 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 2,619.89<br>COMMENT: 8763/SCH*AMERICAN EXPRESS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1064 |
| **PREMIER BANKCARD LLC**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC* - ASG<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 964.88<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5094 |
| **PREMIER BANKCARD LLC**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC* - ASG<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 487.33<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7479 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FOREFRONT DERMATOLOGY**<br>801 YORK ST<br>MANITOWOC, WI 54220 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7304 |
| **MERRICK/CWS**<br>C/O RESURGENT CAPITAL BANK<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 6,806.12<br>COMMENT: FR NATIONWIDE-DOC 58*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0791 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 3,248.51<br>COMMENT: NCB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9843 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: 15 | CLAIM: 1,645.07<br>COMMENT: SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4188 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 3,700.01<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6740 |
| **UNIVERSITY OF PITTSBURGH PHYSICIANS**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: 18 | CLAIM: 292.85<br>COMMENT: 3702/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0338 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number: 19 | CLAIM: 253.69<br>COMMENT: MACY'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5400 |
| **WALTER DRAKE**<br>PO BOX 2862<br>MONROE, WI 53566 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: X22A |
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 29 INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 2,389.87<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 30 INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 20.15<br>COMMENT: CL9GOV*NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0338 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **S & T BANK(*)** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| ATTN COLLECTIONS - RECOVERY | Court Claim Number:2 | ACCOUNT NO.: 8070 |
| 355 NORTH 5TH ST | CLAIM: 0.00 | |
| INDIANA, PA 15801 | COMMENT: 650/NTC-PL*NTC POSTPET FEES/EXP*CL @ 650 W/DRAWN-DOC 65, 66 | |
| **TOYOTA LEASE TRUST** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:5-2 | ACCOUNT NO.: 3041 |
| PO BOX 3001 | CLAIM: 3,965.21 | |
| MALVERN, PA 19355-0701 | COMMENT: DFNCY BAL*AMD*W/5 | |

Case 17-21969-GLT    Doc 70    Filed 07/24/19    Entered 07/24/19 15:54:13    Desc
Page 6 of 6

CLAIM RECORDS

S & T BANK(*)                         Trustee Claim Number:31  INT %: 0.00%    CRED DESC: Post Petition Claim (1305)
ATTN COLLECTIONS - RECOVERY           Court Claim Number:2                      ACCOUNT NO.: 8070
355 NORTH 5TH ST
                                      CLAIM: 0.00
INDIANA, PA 15801                     COMMENT: 650/NTC-PL*NTC POSTPET FEES/EXP*CL @ 650 W/DRAWN-DOC 65, 66