FILED
6/8/22 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 17-21969-GLT | |
| Ronald G. Oblock ) | Chapter 13 | |
| ) | Doc No. __ | |
| Debtor ) | Response Due: 5/19/2022 | |
| Bryan Keenan, Esquire ) | Hearing date: 6/15/2022 | |
| APPLICANT ) | at 10:30 a.m. | |
| vs. ) | | |
| No Respondent(s) ) | Related to Docket No. 74 | |

**ORDER OF COURT**

AND NOW, to-wit, this  8th Day of June , 2022, upon consideration of the Application of Bryan Keenan, Esquire for Final Compensation and Reimbursement of Expenses as Counsel for the Debtors, it is hereby ORDERED that fees and expenses be approved for their services rendered and expenses incurred from for the period from April 18, 2017 through May 2, 2022 in the total amount of $6,492.58 which represents $5,912.50 in attorney fees and $580.08 for costs.

Counsel for the debtor has previously received $4,500.00 which represents $4,000.00 for fees and $500.00 for expenses incurred, which shall be deducted form the total approved fees and costs. A balance of $1,992.58 remains.

**IT IS FURTHER ORDERED** that the remaining balance of $1,500.00 provided for by the confirmed plan dated July 18, 2018 shall be paid by the Chapter 13 Trustee of which $1,419.92 for fees and $80.08 and is for costs.

The difference of $492.58 is expressly waived by Debtor's Counsel and will not be collected from Debtor either through the plan or outside of the Bankruptcy Case.

The Clerk Shall Record the Total Award of Compensation in the amount of $6,492.58 which includes $5,912.50 in fees and $580.08 in costs.

BY THE COURT

_____
Honorable Gregory L. Taddonio
UNITED STATES BANKRUPTCY JUDGE

drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21969-GLT |
| Ronald G. Oblock | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald G. Oblock, 897 Center Road, Pittsburgh, PA 15239-1963 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor S&T Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Ronald G. Oblock keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour     ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

cmecf@chapter13trusteewdpa.com

TOTAL: 7