Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ronald G. Oblock** | : | Case No. 17−21969−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 86 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/12/22 at 03:00 PM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 27th of July, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 86 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before September 10, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *October 12, 2022 at 03:00 PM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 17-21969-GLT
Ronald G. Oblock | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3
Date Rcvd: Jul 27, 2022 | Form ID: 604 | Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald G. Oblock, 897 Center Road, Pittsburgh, PA 15239-1963 |
| sp | + | Daniel Joseph Sammel, Law Firm of Ainsman Levine, LLC, 310 Grant Street, Suite 1500, Pittsburgh, PA 15219-2300 |
| cr | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 14420206 | + | Duqesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, PA 15267-0001 |
| 14420210 | + | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220-4630 |
| 14420211 | + | Internal Revenue Service, Insolvency Unit, P.O. Box 3746, Philadelphia, PA 19125-0746 |
| 14633794 | + | Nationwide, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 14420213 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 15207078 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14633020 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14633019 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14420214 | | S&T Bank, PO Box 469, Indiana, PA 15701-0469 |
| 14420217 | + | Toyota Financial Services, C/O Asset Protection Department, PO box 2958, Carol Stream, IL 60132-2958 |
| 14420218 | + | UMPC Physician Services, 417 Bridge Street, Danville, VA 24541-1403 |
| 14696808 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14420220 | | Walter Drake, PO Box 2682, Monroe, WI 53566-8062 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2022 23:58:03 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14660112 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:57:51 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14420197 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:58:09 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14420198 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 27 2022 23:50:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14420199 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 23:58:22 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14420200 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2022 23:57:51 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14420201 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:58:27 | Citibank/Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14420203 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2022 23:50:00 | Comenity Bank/Blair, Attn Bankruptcy, PO Box 183043, Columbus, OH 43218-3043 |
| 14420202 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2022 23:50:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 17-21969-GLT    Doc 88    Filed 07/29/22    Entered 07/30/22 00:28:23    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: 604 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 14420204 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2022 23:50:00 | Comenitycapital/tyvisa, Po Box 182120, Columbus, OH 43218-2120 |
| 14420205 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2022 23:57:56 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14420219 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:57:59 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14697691 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2022 23:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14420208 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 27 2022 23:50:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 14521831 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 27 2022 23:50:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14633729 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14420207 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 27 2022 23:51:00 | Fifth Third Bank, Attn: Bankruptcy, 1850 East Paris Ave, Se, Grand Rapids, MI 49546-6210 |
| 14420209 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 27 2022 23:57:56 | First Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 14664915 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2022 23:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14658044 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:57:59 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14657812 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2022 23:58:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14690911 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 23:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14420212 | ^ | MEBN | Jul 27 2022 23:50:17 | Nationwide Bank, 1 Nationwide Plz, Columbus, OH 43215-2239 |
| 14678380 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2022 23:50:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14693489 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2022 23:58:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14421366 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2022 23:57:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14688963 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 27 2022 23:51:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14676947 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2022 23:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14420215 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:58:23 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14420216 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:58:06 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14640294 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14747276 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:58:25 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Toyota Lease Trust |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor S&T Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Ronald G. Oblock keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7