## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    RONALD G. OBLOCK

             Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
          Movant
        vs.
No Respondents.

Case No.:17-21969

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2022

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/10/2017  and confirmed on 7/6/17 .  The case was subsequently      Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 57,170.13 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,170.13 |

| Administrative Fees | | |
|---|---|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,367.45 | |
| Trustee Fee | 2,551.64 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,919.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| S & T BANK(*) | 0.00 | 19,344.00 | 0.00 | 19,344.00 |
| Acct: 8070 | | | | |
| | | | | 19,344.00 |
| **Priority** | | | | |
| BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONALD G. OBLOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRYAN P KEENAN & ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRYAN P KEENAN ESQ | 867.45 | 867.45 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX2-22 | | | | |
| TOYOTA LEASE TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3041 | | | | |
| INTERNAL REVENUE SERVICE* | 4,041.06 | 4,041.06 | 0.00 | 4,041.06 |
| Acct: 0338 | | | | |
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8070 | | | | |
| | | | | 4,041.06 |
| **Unsecured** | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6423 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,119.81 | 1,212.64 | 0.00 | 1,212.64 |
| Acct: 0112 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,318.72 | 754.37 | 0.00 | 754.37 |
| Acct: 3905 | | | | |
| MERRICK BANK | 1,758.35 | 1,005.86 | 0.00 | 1,005.86 |
| Acct: 6971 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7443 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 4300 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4300 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 4,502.18 | 2,575.47 | 0.00 | 2,575.47 |
| Acct: 8705 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,567.33 | 1,468.64 | 0.00 | 1,468.64 |
| Acct: 4339 | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIFTH THIRD BANK | 8,304.43 | 4,750.55 | 0.00 | 4,750.55 |
| Acct: 9793 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 2,619.89 | 1,498.71 | 0.00 | 1,498.71 |
| Acct: 1064 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 964.88 | 551.96 | 0.00 | 551.96 |
| Acct: 5094 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 487.33 | 278.78 | 0.00 | 278.78 |
| Acct: 7479 | | | | |
| FOREFRONT DERMATOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7304 | | | | |
| MERRICK/CWS | 6,806.12 | 3,893.44 | 0.00 | 3,893.44 |
| Acct: 0791 | | | | |
| PNC BANK NA | 3,248.51 | 1,858.31 | 0.00 | 1,858.31 |
| Acct: 9843 | | | | |
| MIDLAND FUNDING LLC | 1,645.07 | 941.06 | 0.00 | 941.06 |
| Acct: 4188 | | | | |
| MIDLAND FUNDING LLC | 3,700.01 | 2,116.59 | 0.00 | 2,116.59 |
| Acct: 6740 | | | | |
| UNIVERSITY OF PITTSBURGH PHYSICIAN | 292.85 | 167.52 | 0.00 | 167.52 |
| Acct: 0338 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 253.69 | 145.12 | 0.00 | 145.12 |
| Acct: 5400 | | | | |
| WALTER DRAKE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X22A | | | | |
| AMERICAN EXPRESS CENTURION BNK | 2,389.87 | 1,367.13 | 0.00 | 1,367.13 |
| Acct: 1001 | | | | |
| INTERNAL REVENUE SERVICE* | 20.15 | 11.53 | 0.00 | 11.53 |
| Acct: 0338 | | | | |
| TOYOTA LEASE TRUST | 3,965.21 | 2,268.30 | 0.00 | 2,268.30 |
| Acct: 3041 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6740 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRENEN & BIRSIC PC (FRMRLY DAVID W | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 26,865.98 |

TOTAL PAID TO CREDITORS                                                          50,251.04

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 4,041.06 |
| SECURED | 0.00 |
| UNSECURED | 46,964.40 |

Date: 07/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    RONALD G. OBLOCK

          Debtor(s)

    Ronda J. Winnecour
          Movant
         vs.
    No Repondents.

Case No.:17-21969

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 17-21969-GLT

Ronald G. Oblock                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald G. Oblock, 897 Center Road, Pittsburgh, PA 15239-1963 |
| sp | + | Daniel Joseph Sammel, Law Firm of Ainsman Levine, LLC, 310 Grant Street, Suite 1500, Pittsburgh, PA 15219-2300 |
| cr | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 14420206 | + | Duqesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, PA 15267-0001 |
| 14420210 | + | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220-4630 |
| 14420211 | + | Internal Revenue Service, Insolvency Unit, P.O. Box 3746, Philadelphia, PA 19125-0746 |
| 14633794 | | Nationwide, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 14420213 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 15207078 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14633020 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14633019 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14420214 | | S&T Bank, PO Box 469, Indiana, PA 15701-0469 |
| 14420217 | + | Toyota Financial Services, C/O Asset Protection Department, PO box 2958, Carol Stream, IL 60132-2958 |
| 14420218 | + | UMPC Physician Services, 417 Bridge Street, Danville, VA 24541-1403 |
| 14696808 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14420220 | | Walter Drake, PO Box 2682, Monroe, WI 53566-8062 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2022 23:58:03 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14660112 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:58:20 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14420197 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:58:10 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14420198 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 27 2022 23:50:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14420199 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 23:58:07 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14420200 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2022 23:57:53 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14420201 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:58:13 | Citibank/Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14420203 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2022 23:50:00 | Comenity Bank/Blair, Attn Bankruptcy, PO Box 183043, Columbus, OH 43218-3043 |
| 14420202 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2022 23:50:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| | | | |
|---|---|---|---|
| 14420204 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Jul 27 2022 23:50:00 | Comenitycapital/tyvisa, Po Box 182120, Columbus, OH 43218-2120 |
| 14420205 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Jul 27 2022 23:58:10 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14420219 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jul 27 2022 23:58:28 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14697691 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jul 27 2022 23:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14420208 | | Email/Text: collecadminbankruptcy@fnni.com | |
| | | Jul 27 2022 23:50:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 14521831 | | Email/Text: collecadminbankruptcy@fnni.com | |
| | | Jul 27 2022 23:50:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14633729 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | |
| | | Jul 27 2022 23:50:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14420207 | + | Email/Text: collectionbankrupticies.bancorp@53.com | |
| | | Jul 27 2022 23:51:00 | Fifth Third Bank, Attn: Bankruptcy, 1850 East Paris Ave, Se, Grand Rapds, MI 49546-6210 |
| 14420209 | | Email/PDF: ais.fpc.ebn@aisinfo.com | |
| | | Jul 27 2022 23:58:09 | First Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 14664915 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Jul 27 2022 23:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14658044 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 27 2022 23:58:16 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14657812 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Jul 27 2022 23:57:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14690911 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 27 2022 23:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14420212 | ^ | MEBN | |
| | | Jul 27 2022 23:50:19 | Nationwide Bank, 1 Nationwide Plz, Columbus, OH 43215-2239 |
| 14678380 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 27 2022 23:50:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14693489 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jul 27 2022 23:58:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14421366 | + | Email/PDF: rmscedi@recoverycorp.com | |
| | | Jul 27 2022 23:58:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14688963 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jul 27 2022 23:51:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14676947 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jul 27 2022 23:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14420215 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Jul 27 2022 23:58:06 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14420216 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Jul 27 2022 23:58:22 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14640294 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | |
| | | Jul 27 2022 23:50:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14747276 | | Email/PDF: bncnotices@becket-lee.com | |
| | | Jul 27 2022 23:58:26 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

District/off: 0315-2                          User: auto                                      Page 3 of 3
Date Rcvd: Jul 27, 2022                       Form ID: pdf900                          Total Noticed: 48
TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Toyota Lease Trust |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor S&T Bank bslaby@grenenbirsic.com  mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Ronald G. Oblock keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7