**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ronald G. Oblock <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0338 <br> EIN   __-_____ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __-_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   17–21969–GLT

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Ronald G. Oblock

<u>9/13/22</u>                                         **By the court:** <u>Gregory L. Taddonio</u>
                                                                    United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-21969-GLT

Ronald G. Oblock     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Sep 13, 2022     Form ID: 3180W     Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald G. Oblock, 897 Center Road, Pittsburgh, PA 15239-1963 |
| sp | + | Daniel Joseph Sammel, Law Firm of Ainsman Levine, LLC, 310 Grant Street, Suite 1500, Pittsburgh, PA 15219-2300 |
| cr | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 14420206 | + | Duqesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, PA 15267-0001 |
| 14420210 | + | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220-4630 |
| 14420211 | + | Internal Revenue Service, Insolvency Unit, P.O. Box 3746, Philadelphia, PA 19125-0746 |
| 14633794 | + | Nationwide, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 14420213 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 15207078 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14633020 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14633019 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14420214 | | S&T Bank, PO Box 469, Indiana, PA 15701-0469 |
| 14420217 | + | Toyota Financial Services, C/O Asset Protection Department, PO box 2958, Carol Stream, IL 60132-2958 |
| 14420218 | + | UMPC Physician Services, 417 Bridge Street, Danville, VA 24541-1403 |
| 14696808 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14420220 | | Walter Drake, PO Box 2682, Monroe, WI 53566-8062 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Sep 14 2022 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2022 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Sep 14 2022 03:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2022 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2022 00:12:50 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14660112 | Email/PDF: bncnotices@becket-lee.com | Sep 14 2022 00:13:01 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14420197 | + Email/PDF: bncnotices@becket-lee.com | Sep 14 2022 00:13:17 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14420198 | + EDI: TSYS2 | Sep 14 2022 03:58:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |

Case 17-21969-GLT    Doc 94    Filed 09/15/22    Entered 09/16/22 00:30:36    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: 3180W | Total Noticed: 50 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| 14420199 | + EDI: CAPITALONE.COM | Sep 14 2022 03:58:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14420200 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2022 00:13:01 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14420201 | + EDI: CITICORP.COM | Sep 14 2022 03:58:00 | Citibank/Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14420203 | + EDI: WFNNB.COM | Sep 14 2022 03:58:00 | Comenity Bank/Blair, Attn Bankruptcy, PO Box 183043, Columbus, OH 43218-3043 |
| 14420202 | + EDI: WFNNB.COM | Sep 14 2022 03:58:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14420204 | + EDI: WFNNB.COM | Sep 14 2022 03:58:00 | Comenitycapital/tyvisa, Po Box 182120, Columbus, OH 43218-2120 |
| 14420205 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2022 00:12:53 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14420219 | + EDI: CITICORP.COM | Sep 14 2022 03:58:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14697691 | EDI: Q3G.COM | Sep 14 2022 03:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14420208 | Email/Text: collecadminbankruptcy@fnni.com | Sep 14 2022 00:10:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 14521831 | Email/Text: collecadminbankruptcy@fnni.com | Sep 14 2022 00:10:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14633729 | + Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 14 2022 00:10:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14420207 | + Email/Text: collectionbankruptcies.bancorp@53.com | Sep 14 2022 00:11:00 | Fifth Third Bank, Attn: Bankruptcy, 1850 East Paris Ave, Se, Grand Rapids, MI 49546-6210 |
| 14420209 | EDI: AMINFOFP.COM | Sep 14 2022 03:58:00 | First Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 14664915 | EDI: IRS.COM | Sep 14 2022 03:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14658044 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 00:12:57 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14657812 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2022 00:13:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14690911 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2022 00:11:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14420212 | ^ MEBN | Sep 14 2022 00:06:34 | Nationwide Bank, 1 Nationwide Plz, Columbus, OH 43215-2239 |
| 14678380 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2022 00:10:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14693489 | EDI: PRA.COM | Sep 14 2022 03:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14421366 | + EDI: RECOVERYCORP.COM | Sep 14 2022 03:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14688963 | + EDI: JEFFERSONCAP.COM | Sep 14 2022 03:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14676947 | EDI: Q3G.COM | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 14 2022 03:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14420215 | + | EDI: RMSC.COM | Sep 14 2022 03:58:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14420216 | + | EDI: RMSC.COM | Sep 14 2022 03:58:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14640294 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 14 2022 00:10:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14747276 | | Email/PDF: bncnotices@becket-lee.com | Sep 14 2022 00:12:55 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Toyota Lease Trust |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor S&T Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Ronald G. Oblock keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: Sep 13, 2022 Form ID: 3180W Total Noticed: 50

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 7