IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/13/22 4:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    RONALD G. OBLOCK

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-21969

Chapter 13

Related to Docket No. 86

ORDER OF COURT

AND NOW, this _____13th Day of September, 2022_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 17-21969-GLT
Ronald G. Oblock   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Sep 13, 2022      Form ID: pdf900      Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald G. Oblock, 897 Center Road, Pittsburgh, PA 15239-1963 |
| sp | + | Daniel Joseph Sammel, Law Firm of Ainsman Levine, LLC, 310 Grant Street, Suite 1500, Pittsburgh, PA 15219-2300 |
| cr | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 14420206 | + | Duqesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, PA 15267-0001 |
| 14420210 | + | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220-4630 |
| 14420211 | + | Internal Revenue Service, Insolvency Unit, P.O. Box 3746, Philadelphia, PA 19125-0746 |
| 14633794 | + | Nationwide, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 14420213 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 15207078 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14633020 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14633019 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14420214 | | S&T Bank, PO Box 469, Indiana, PA 15701-0469 |
| 14420217 | + | Toyota Financial Services, C/O Asset Protection Department, PO box 2958, Carol Stream, IL 60132-2958 |
| 14420218 | + | UMPC Physician Services, 417 Bridge Street, Danville, VA 24541-1403 |
| 14696808 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14420220 | | Walter Drake, PO Box 2682, Monroe, WI 53566-8062 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2022 00:12:51 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14660112 | | Email/PDF: bncnotices@becket-lee.com | Sep 14 2022 00:13:13 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14420197 | + | Email/PDF: bncnotices@becket-lee.com | Sep 14 2022 00:13:06 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14420198 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 14 2022 00:10:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14420199 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2022 00:13:15 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14420200 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2022 00:13:13 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14420201 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2022 00:13:10 | Citibank/Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14420203 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2022 00:10:00 | Comenity Bank/Blair, Attn Bankruptcy, PO Box 183043, Columbus, OH 43218-3043 |
| 14420202 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2022 00:10:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 17-21969-GLT    Doc 95    Filed 09/15/22    Entered 09/16/22 00:30:36    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: pdf900 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 14420204 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2022 00:10:00 | Comenitycapital/tyvisa, Po Box 182120, Columbus, OH 43218-2120 |
| 14420205 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2022 00:13:05 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14420219 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2022 00:13:20 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14697691 | | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2022 00:11:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14420208 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 14 2022 00:10:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 14521831 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 14 2022 00:10:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14633729 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 14 2022 00:10:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14420207 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 14 2022 00:11:00 | Fifth Third Bank, Attn: Bankruptcy, 1850 East Paris Ave, Se, Grand Rapids, MI 49546-6210 |
| 14420209 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 14 2022 00:12:54 | First Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 14664915 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 14 2022 00:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14658044 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 00:12:57 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14657812 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2022 00:12:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14690911 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2022 00:11:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14420212 | ^ | MEBN | Sep 14 2022 00:06:34 | Nationwide Bank, 1 Nationwide Plz, Columbus, OH 43215-2239 |
| 14678380 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2022 00:10:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14693489 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2022 00:13:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14421366 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 14 2022 00:12:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14688963 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2022 00:11:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14676947 | | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2022 00:11:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14420215 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2022 00:12:51 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14420216 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2022 00:12:52 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14640294 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 14 2022 00:10:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14747276 | | Email/PDF: bncnotices@becket-lee.com | Sep 14 2022 00:12:55 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Toyota Lease Trust |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor S&T Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Ronald G. Oblock keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7